IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRES INSURANCE SERVICES,<br><br>    Plaintiff,<br><br>v.<br><br>HIIG GROUP, f/k/a HOUSTON INTERNATIONAL INSURANCE GROUP, IMPERIUM INSURANCE COMPANY f/k/a DELOS INSURANCE COMPANY and HOUSTON SPECIALTY INSURANCE COMPANY, f/k/a NAXOS INSURANCE COMPANY,<br><br>    Defendants. | No. 1:16-cv-03953-PGG |

## STIPULATION OF DISMISSAL

**PLAINTIFF HEREBY STIPULATES**, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A), that whereas no defendant has appeared or filed an answer in this action, the above-entitled action be, and the same hereby is discontinued and dismissed, with prejudice, without costs to any party as against the other.

Dated: July 21, 2016
Garden City, New York

                                          GOLDBERG SEGALLA, LLP

                                          *s/Patrick B. Omilian*
                                          Patrick B. Omilian, Esq.
                                          Court Cousins, Esq.
                                          *Attorneys for Plaintiff*
                                          200 Garden City Plaza, Suite 520
                                          Garden City, NY 11530-3203
                                          (716) 566-5400 (T)
                                          (716) 566-5401 (F)
                                          pomilian@goldbergsegalla.com
                                          ccousins@goldbergsegalla.com

5291794.1